# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Paul Rodino
       Plaintiff,

v.               Case No.: 1:18−cv−05167
              Honorable Gary Feinerman

NRJM, Inc., et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2019:

  MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiff's unopposed motion for preliminary settlement approval [73] is granted. Final approval hearing set for 2/10/2020 at 9:15 a.m. The parties shall submit the proposed preliminary settlement approval order, with all applicable due dates, to the Judge's proposed order email account.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.