In the United States District Court
for the Northern District of Illinois
Eastern Division

| | |
|---|---|
| Paul Rodino,<br><br>*On behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NJRM, Inc. and Ray Montez,<br><br>Defendants. | Case No. 1:18-cv-5167 (GSF) |

Plaintiff's Unopposed Motion for Final Settlement Approval

Pursuant to 29 U.S.C. § 216 (b) and Fed. R. Civ. P. 23, Plaintiff asks the Court grant final approval of the parties' Settlement Agreement (attached as Exhibit 1). The arguments in support of this request are explained in greater detail in the attached Memorandum in Support.

Dated: January 29, 2020

Respectfully submitted,

/s/ Andrew Kimble
Andrew Kimble
(*admitted pro hac vice*)
Biller & Kimble, LLC
3825 Edwards Road, Suite 650
513-202-0710 (Phone)
513-665-0219 (Fax)
(*akimble@billerkimble.com*)
www.billerkimble.com

Michael Fradin (6289502)
The Law Office of Michael L. Fradin
8401 Crawford Ave. Ste. 104
Skokie, IL 60076

1

Phone: 847-644-3425
Fax: 847-673-1228
(*mike@fradinlaw.com*)

Aaron Maduff
Maduff & Maduff, LLC
205 N. Michigan Ave., Suite 2050
Chicago, IL 60601
(*abmaduff@madufflaw.com*)

*Counsel for Plaintiffs and the putative class*

2

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Notice of Unopposed Motion for Preliminary Settlement Approval was filed on the Court's ECF system on January 29, 2020 which will send notification of such filing to all counsel of record.

/s/ *Andrew Kimble*
Andrew Kimble